IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE K. LEE, in her official capacity as Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office, serving in the acting capacity as Director of the United States Patent and Trademark Office, and<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>    Defendants. | Civil Action No. 1:14-CV-1340 (LO/TRJ) |

**ORDER GRANTING MASIMO CORPORATION'S MOTION TO INTERVENE**

The Court, having considered Masimo's motion to intervene, and for good cause shown, hereby GRANTS the motion. Masimo is added as a party to this action. By January 19, 2015, Masimo shall file a case-dispositive motion and oppose Philips' case-dispositive motion, which is currently due on December 18, 2014. Masimo shall comply with other deadlines imposed on Defendants as set forth in D.I. 12. Masimo need not file any other pleadings.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Liam O'Grady
United States District Judge

19435868

-1-