IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHELLE K. LEE, Deputy Under Secretary Of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office, *et al.*,<br><br>                Defendants. | Civil Case No. 1:14cv1340 |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Philips Electronics North America Corporation and Defendants Michelle K. Lee, *et al.*, by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice with each party to bear its own costs, expenses, and attorneys' fees.

Date: December 8, 2014

                                                                                                                   Respectfully Submitted,

| | |
|---|---|
| /s/ Dennis C. Barghaan, Jr. | /s/ Stephen E. Baskin |
| Dennis C. Barghaan, Jr. | Stephen E. Baskin (Va. Bar # 47567) |
| Assistant United States Attorney | Ann Marie Duffy (Va. Bar # 48653) |
| 2100 Jamieson Avenue | MAYER BROWN LLP |
| Alexandria, Virginia 22314 | 1999 K Street, NW |
| (703) 299-3891 | Washington, DC 20006-1101 |
| dennis.barghaan@usdoj.gov | (202) 263-3000 |
| *Attorneys for Defendants* | sbaskin@mayerbrown.com |
| | aduffy@mayerbrown.com |
| | *Attorneys for Plaintiff* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2014, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send a notification of electronic filing to all counsel of record.

/s/ Stephen E. Baskin
Stephen E. Baskin (Va. Bar # 47567)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3000
sbaskin@mayerbrown.com