IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE K. LEE, Deputy Under Secretary Of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office, *et al.*,<br><br>Defendants. | Civil Case No. 1:14cv1340 |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Philips Electronics North America Corporation and Defendants Michelle K. Lee, *et al.*, by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice with each party to bear its own costs, expenses, and attorneys' fees.

Date: December 8, 2014

Respectfully Submitted,

/s/ Dennis C. Barghaan, Jr.
Dennis C. Barghaan, Jr.
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3891
dennis.barghaan@usdoj.gov
*Attorneys for Defendants*

/s/ Stephen E. Baskin
Stephen E. Baskin (Va. Bar # 47567)
Ann Marie Duffy (Va. Bar # 48653)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3000
sbaskin@mayerbrown.com
aduffy@mayerbrown.com
*Attorneys for Plaintiff*

SO ORDERED
12/8/14

/s/
Liam O'Grady
United States District Judge

1